ACCEPTED
14-14-00512-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 1:15:36 PM
CHRISTOPHER PRINE
CLERK

# NO. 14-14-00512-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 1:15:36 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE FOURTEENTH COURT OF APPEALS
FOR THE STATE OF TEXAS**

---

**MOHAMMED A. JAFAR, MOHAMMED M. CHOWDHURY AND
ABDUS SOBHAN, Appellants**

**v.**

**SERAJ MOHAMMED, Appellee**

---

**On Appeal from the 269th District Court, Harris County, Texas
Trial Court Cause No. 2012-10417**

---

**APPELLEE'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

David L. Hutchins
Texas Bar No. 24065470
1900 Pearl Street
Austin, Texas 78705
Tel: (512) 474-7300
Fax: (512) 474-8557
Email: dhutchins@howrybreen.com
Attorney for Appellee
Seraj Mohammed

1

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), Appellee, Seraj Mohammed, files this Second Unopposed Motion For Extension of Time to file Appellee's Brief.

In support of this motion, Appellee would show the Court as follows:

1.     Appellants filed their brief on March 18, 2015.

2.     Appellee's brief is due on May 20, 2015.

3.     In this appeal, Appellants raise a point-of-error regarding whether the trial court abused its discretion in denying their motion to exclude the testimony of Appellee's business appraiser, Jeffrey D. Jones. Prior to the submission of his brief, Appellee, through counsel, discovered that Appellee's response to Appellants' motion to exclude the testimony of Jones was not included as part of the clerk's record (or supplemental records) by the Harris County District Clerk.

4.     Apellee's response to Appellants' motion to exclude Jones' testimony is critical for this court's consideration and disposition of one or more issues raised by Appellants on appeal.

5.     By this motion, Appellee seeks a thirty-day extension of the deadline to file his response brief to allow sufficient time for the Harris County District Clerk to prepare the supplemental clerk's record and forward to the Fourteenth Court of Appeals.

2

6. Appellee has previously requested one extension of time to file his brief, and no further requests for extension are anticipated in the future.

7. All stated facts herein are known ex officio or are within the personal knowledge of Appellee and/or his counsel. Tex. R. App. P. 10.2.

8. This motion is not sought for the purpose of delay but so that justice may be done.

## PRAYER FOR RELIEF

For the reasons set forth herein, Appellee prays that this Court grant this motion for extension of time for Appellee to file his brier and enter an Order that Appellee's brief is due on or before June 19, 2015.

Respectfully submitted,

/s/ David L. Hutchins
David L. Hutchins
Texas Bar No. 24065470
1900 Pearl Street
Austin, Texas 78705
Tel: (512) 474-7300
Fax: (512) 474-8557
Email: dhutchins@howrybreen.com
Attorney for Appellee
Seraj Mohammed

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon Alphonsus Ezeoke via Texas e-filing on May 20, 2015.

/s/ David L. Hutchins
David L. Hutchins

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 20, 2015, the undersigned conferred with counsel for Appellants, Alphonsus E. Ezeoke via email. Mr. Ezeoke responded via email that his is not opposed to the relief requested herein.

/s/ David L. Hutchins
David L. Hutchins